WILLIAM YESKEL ET AL., RESPONDENTS, v. SAMUEL GROSS ET AL., APPELLANTS.

Submitted October 26, 1929—Decided February 3, 1930.

For the respondents, *Philip J. Schotland.*

For the appellants, *Grosman & Grosman.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Katzenbach in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, KALISCH, BLACK, CAMPBELL, LLOYD, CASE, BODINE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.